**SO ORDERED.**

Dated: February 08, 2011



_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

1  Jeremy T. Bergstrom, Esq.
   Arizona Bar No. 19399
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV 89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 10-92704

5  Attorneys for Secured Creditor,
   BAC HOME LOANS SERVICING, LP FKA
6  COUNTRYWIDE HOME LOANS SERVICING LP

7
                    UNITED STATES BANKRUPTCY COURT
8                    FOR THE DISTRICT OF ARIZONA

9  In re:                                   Chapter 13

10 PABLO CELIZ AND MARIA G. CELIZ,          Case No.: 2:10-bk-20910-CGC

11        Debtors.

12 BAC HOME LOANS SERVICING, LP FKA
   COUNTRYWIDE HOME LOANS
13 SERVICING LP,

14        Movant,

15        vs.

16 PABLO CELIZ AND MARIA G. CELIZ,
   Debtors; EDWARD J. MANEY, Trustee,
17
          Respondents.
18

19   **STIPULATED ORDER RESOLVING SECURED CREDITOR'S OBJECTIONS TO
       PROPOSED CHAPTER 13 PLAN AND CONFIRMATION THEREOF**
20
       IT IS HEREBY STIPULATED BY AND BETWEEN Secured Creditor, BAC HOME
21
   LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, through
22
   its counsel, JEREMY T. BERGSTROM, ESQ., of the law firm of Miles, Bauer, Bergstrom &
23
   Winters, LLP, attorneys of record for Secured Creditor, and Debtors, PABLO CELIZ and
24

                                          1

MARIA G. CELIZ, through their counsel, MARK R. ATCHLEY, ESQ., and the Chapter 13 Trustee, EDWARD J. MANEY, as follows:

1. That the value of the subject rental Property described as follows: **10924 West 3rd Street, Cashion, AZ 85329** ("Property" herein) and legally described as follows:

> LOT 17, BLOCK 9, CASHION UNIT 2, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, IN BOOK 51 OF MAPS, PAGE 40.

shall be adjudicated to be *$30,000.00* for the purpose of bifurcating the claim of Secured Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP. Secured Creditor shall have a secured claim in the amount of $30,000.00 and the remainder of Secured Creditor's Claim will be deemed unsecured and treated the same as other general unsecured creditors.

2. That pursuant to the standard of In Re Enewally, the crammed-down value agreed to above shall be paid in full by the Debtors through the plan and during the 60-month life of the plan. Should the Debtors fail to pay the entire crammed-down value within that time, the Debtors will be responsible for the entire amount due under the original Note and Deed of Trust.

3. That the Debtors will pay 5.25% interest on the crammed-down value over the life of the plan, which equates to a monthly amortized payment in the amount of $569.58.

4. That the Debtors will be responsible for maintaining and paying ongoing taxes and insurance on the subject Property going forward.

5. That the Debtors shall provide for the current escrow shortage in the amount of $1,802.78 to be paid through the Chapter 13 Plan.

6. That should the Debtors default on their tax or insurance obligation OR fail to repay Secured Creditor for any funds disbursed to cover their default OR fail to remain current with the Trustee, Secured Creditor shall send 10-days' written notice of default to Debtors and

2

1 | Debtors' counsel and, should the Debtors fail to cure their delinquency pursuant to said written
2 | notice, Secured Creditor shall submit an Ex Parte Order Terminating the Automatic Stay. Upon
3 | entry of the Ex Parte Order, the Automatic Stay shall be immediately terminated and
4 | extinguished for all purposes as to Secured Creditor, BAC HOME LOANS SERVICING, LP
5 | FKA COUNTRYWIDE HOME LOANS SERVICING, LP its assignees and/or successors in
6 | interest.

7. That Debtors shall provide for the additional terms listed above in a Stipulated Order Confirming Plan to be reviewed and signed by attorney for Secured Creditor.

IT IS FURTHER STIPULATED that the terms and conditions of this Stipulation will be deemed null and void if the instant Chapter 13 case is dismissed or converted to any chapter.

IT IS SO STIPULATED.

DATED:_____    _____
                          UNITED STATES BANKRUPTCY JUDGE

Submitted by:

DATED: January 20, 2011    By: /s/ Jeremy T. Bergstrom, Esq.
                          Jeremy T. Bergstrom, Esq.
                          Attorney for Secured Creditor
                          BAC HOME LOANS SERVICING, LP FKA
                          COUNTRYWIDE HOME LOANS SERVICING
                          LP

[APPROVED]/DISAPPROVED

DATED:_____

*Digitally signed by Mark R. Atchley*
*DN: cn=Mark R. Atchley, o=ATCHLEY & DELGADO, LLP, ou, email=mark@arizonabk.com, c=US*
*Date: 2011.01.27 08:24:11 -07'00'*

MARK R. ATCHLEY
Attorney for Debtor

APPROVED/DISAPPROVED

DATED:_____

EDWARD J. MANEY
Standing Trustee

(10-92704/azapo.dot/mlb)

3