SO ORDERED.

Dated: May 20, 2014

Daniel P. Collins, Chief Bankruptcy Judge

**ATCHLEY & DELGADO, LLP**
ATTORNEYS AT LAW

3635 East Inverness Avenue, Suite 101
Mesa, Arizona 85206
(480) 497-5009
Fax (480) 497-5029
mark@arizonabk.com

Mark R. Atchley  21419
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re :

Pablo Celiz,
Maria Celiz,

Debtors.

CHAPTER 13 No. 10-20910-PHX-DPC

**Stipulated Order Confirming Modified Chapter 13 Plan and for Payment of Administrative Expense**

The Modified Chapter 13 Plan having been properly noticed out to creditors and any objection to confirmation having been resolved,

**IT IS ORDERED** confirming the Plan of the Debtors as follows:

A. **INCOME SUBMITTED TO THE PLAN.** Debtors shall submit the following amounts of future income to the Trustee for distribution under the Plan

1. Future Earnings or Income. Debtors shall make the following monthly Plan payments:

| Months | Amount |
|---|---|
| 01 - 13 | $1,360.00 |
| 14 - 36 | $1,400.00 |
| 37 - 38 | $    0.00 |
| 39 - 42 | $  671.00 |
| 43 - 60 | $  795.00 |

The payments are due on or before the 2nd day of each month commencing August, 2010. Debtors are advised that when payments are remitted late, additional interest may accrue on secured debts, which may result in a funding shortfall at the end of the Plan term. Any funding shortfall must be cured before the plan is deemed completed.  The

1

Debtors shall provide, directly to the Trustee copies of their **federal** and **state** income tax returns for post-petition years within 30 days of filing them. The purpose is to assist the Trustee in determining any change in debtor's annual disposable income.

2. *The Debtors shall provide, directly to the Trustee their net federal and state income tax refunds for the duration of the plan, as supplements to the plan. In the event that other property is submitted, it shall be treated as supplemental payments.* In no event will the term of the Plan be reduced to less than 36 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full.

B. **DURATION.** This Plan shall continue for **60 months** from the first regular monthly payment described in Paragraph (A)(1) above. If at any time before the end of the Plan period all claims are paid, then the Plan shall terminate.

C. **CLASSIFICATION AND TREATMENT OF CLAIMS.** Claims shall be classified and paid as listed below. The Plan and this Order shall not constitute an informal proof of claim for any creditor. The Trustee shall receive the percentage fee on the Plan payments pursuant to 28 U.S.C. § 586(e), then the Trustee will pay creditors in the following order:

1. Administrative expenses:

   Attorney Fees. Mark R. Atchley, shall be allowed total compensation of $4,000.00. Counsel received $1,200.00 prior to filing this case and will be paid $2,800.00 by the Chapter 13 Trustee. Regardless of the fee arrangement, counsel is to represent the debtor(s) throughout the case until the Court issues an order permitting counsel to withdraw or the case is closed.

   Mark R. Atchley was be paid $1,000 for services performed on a Lien Strip Adversary Proceeding per signed order in fee application signed March 22, 2011

   Additionally, Mark R. Atchley will be paid **$650.00** for preparation of the modified plan.

2. Claims Secured by Real Property:

   (a) **BAC Home Loans Servicing's** first position deed of trust on 10924 W. 3rd Street, Cashion, AZ 85329 shall be paid $30,000 with 5.25% interest, per stipulated order signed February 8, 2011 as docket #32.

   (b) **Wells Fargo Home Mortgage's** second position deed of trust on 10924 W. 3rd Street, Cashion, AZ 85329 is fully unsecured due to lack of remaining equity in the house after the first deed of trust. The lien was avoided be separate order and the claim will be treated as an unsecured creditor.

2

3. Claims Secured by Personal Property:

   **None**

4. Unsecured Priority Claims:

   (a) **The Internal Revenue Service** has an unsecured priority claim for income taxes for **$1,852.77**. This creditor will be paid **$1,852.77**, the total priority claim through the plan with no interest.

   (b) **The Arizona Department of Revenue** has an unsecured priority claim for income taxes for **$782.63**. This creditor will be paid **$782.63**, the total priority claim through the plan with no interest.

5. Surrendered Property. Upon confirmation of this plan or except as otherwise ordered by the Court, bankruptcy stays are lifted as to collateral to be surrendered. Such creditor shall receive no distribution until the creditor timely files a claim or an amended proof of claim that reflects any deficiency balance remaining on the claim. Assuming the creditor has an allowed proof of claim, should the creditor fail to file an amended claim consistent with this provision, the Trustee need not make any distributions to that creditor. Debtors surrender the following property:

   | | |
   |---|---|
   | **Bank of America** | 11106 W. Turney Avenue |
   | **Chase Auto Finance** | 2007 GMC Yukon |

6. Other Provisions:
   **Chase Auto Finance** received in principal and interest prior to the surrender of the vehicle in the modified plan $12,091.98

   Debtors will turnover to the Trustee the tax refunds for 2010-2012 totaling $13,956.00 and any net refunds for 2013-2014. Debtors will make, at minimum, an additional of $1,000 a month for the next 14 months towards the payment of the refunds.

7. Unsecured Non-priority Claims. All other claims shall be classified as unsecured and non-priority. Such claims shall be paid pro rata the balance of the payments under the Plan and any unsecured debt balance remaining unpaid at the end of the Plan may be discharged as provided in 11 U.S.C. § 1328.

D. **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the date of this Order. Property of the estate vests in Debtors upon confirmation.

   1. **Unimproved lot at 4239 S. 9th Street, Phoenix, AZ 85041**
   2. **SFR Located at: 10924 W 3rd St, Cashion, AZ 85329**

3

Approved as to Form and Content By:

_____
Edward J. Maney, Trustee

_____
Mark R. Atchley
Attorney for Debtors

The Debtors certify: all required State and Federal income tax returns have been filed. No domestic support obligation is owed or, if owed, such payments are current since the filing of the petition.

_____
Pablo Celiz, Debtor

_____
Maria G. Celiz, Joint Debtor

4

Jessica Sabo, Esq. (#026360)
101 N. 1st Ave., #1775
Phoenix, Arizona 85003
Telephone: (602) 277-3776, Fax: (602) 277-4103
Email: jsabo@maney13trustee.com
Attorney for Edward J. Maney, Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>PABLO CELIZ,<br><br>and<br><br>MARIA G. CELIZ,<br><br>Debtor's. | In Proceedings Under Chapter 13<br><br>Case No. 2-10-bk-20910-DPC<br><br>**STIPULATION** |

NOW COMES Edward J. Maney, Chapter 13 Trustee assigned to administer this case, and the Debtors, by and through counsel undersigned, and hereby Stipulate to the following:

1. Upon Stipulation of the Parties, Debtor's will turnover to the Trustee, at minimum, an additional $1,000.00 per month for the next 14 months or, until all tax refunds for years 2010-2012 totaling $13,956.00, are paid to the Trustee. In addition, Debtor's are required to turnover any net tax refunds for years 2013-2014 (docket #100).

Dated: [see signature block]

Jessica Sabo, Esq.
For Edward J.
Maney, Trustee
_____
Jessica Sabo, Esq., Staff Attorney for
Edward J. Maney, Trustee

mra 21419
_____
Mark Atchley, Esq.
Attorney for Debtors

| | |
|---|---|
| 1 | Copies of the foregoing mailed on [see signature block] to: |
| 2 | |
| 3 | Pablo Celiz |
| | 4227 North 79th Lane |
| 4 | Phoenix, Arizona 85033 |
| | Debtors |
| 5 | |
| | Maria Celiz |
| 6 | 4227 North 79th Lane |
| | Phoenix, Arizona 85033 |
| 7 | Debtors |
| 8 | Mark R. Atchley, Esq. |
| | 3635 E. Inverness Ave. |
| 9 | Suite #101 |
| | Mesa, Arizona 85206 |
| 10 | Debtors' counsel |

By: Jessica Sabo, Esq. For Edward J. Maney, Trustee
*Digitally signed by Jessica Sabo, Esq. For Edward J. Maney, Trustee
DN: cn=Jessica Sabo, Esq. For Edward J. Maney, Trustee, o=Chapter 13 Trustee, ou=Staff Attorney, email=jsabo@maney13trustee.com, c=US
Date: 2014.04.04 14:30:05 -07'00'*

2

Case 2:10-bk-20910-DPC    Doc 101    Filed 04/07/14    Entered 04/07/14 15:24:22    Desc
Main Document    Page 2 of 2
Case 2:10-bk-20910-DPC    Doc 106    Filed 05/20/14    Entered 05/21/14 07:54:34    Desc
Main Document    Page 6 of 6